# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**J.A. FISCHER, D.C. KING, J.P. ELLINGTON**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**TRAVIS A. AVANCE**
**ELECTRONICS TECHNICIAN THIRD CLASS (E-4), U.S. NAVY**

**NMCCA 201400392**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 27 August 2014.
**Military Judge:** LtCol Eugene H. Robinson, Jr., USMC.
**Convening Authority:** Commander, Navy Region Northwest, Silverdale, WA.
**Staff Judge Advocate's Recommendation:** LCDR E.K. Westbrook, JAGC, USN.
**For Appellant:** CDR Sabatino F. Leo, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**26 February 2015**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court